IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| MONROE OLIVER, JR., | : | |
| Plaintiff, | : : : | Case No. 5:23-cv-00111-TES-CHW |
| v. | : : | |
| Doctor BROWN, | : : | Proceedings Under 42 U.S.C. §1983 |
| Defendants. | : : | Before the U. S. Magistrate Judge |

### ORDER ON MOTION FOR EXTENSION OF TIME TO PAY FILING FEE

*Pro se* Plaintiff Monroe Oliver, Jr., a prisoner at Lexington Federal Medical Center in Lexington, Kentucky, filed a filed a civil rights complaint under 42 U.S.C. § 1983. ECF No. 1. Plaintiff also filed a motion to proceed *in forma pauperis*. ECF No. 2. On April 5, 2023, Plaintiff's motion to proceed *in forma pauperis* was denied due to Plaintiff's ability to pay the $402.00 filing fee, and he was ordered to pay that fee within fourteen days. ECF No. 8. The fee was not paid within the time allotted. Therefore, on May 5, 2023, the Court notified Plaintiff that it had not received a response and ordered him to show cause why his action should not be dismissed for failure to comply with this Court's order to pay the filing fee. ECF No. 9.

On May 15, 2023, Plaintiff filed a pleading which is construed as a motion for an extension of time to pay the filing fee. ECF No. 7. Plaintiff indicates that he did not receive this Court's order denying his motion to proceed *in forma pauperis* until May 8, 2023. *Id*. He requests an additional fourteen days to submit the filing fee to the Court.

*Id.*   Plaintiff's motion for an extension of time (ECF No. 10) is **GRANTED** and he will be allowed fourteen (14) additional days from the date of this order to pay the filing fee. Plaintiff is reminded that should he fail to respond or otherwise pay the filing fee, his action may be dismissed without prejudice. In the meantime, there shall be NO SERVICE of process upon any Defendant.

**SO ORDERED**, this 19th day of May, 2023.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge