IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **OLIVER MONROE, JR.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Case No: 5:23-cv-00111-TES-CHW |
| | : | |
| **Doctor BROWN,** | : | Proceedings Under 42 U.S.C. § 1983 |
| | : | Before the U.S. Magistrate Judge |
| **Defendant.** | : | |

## ORDER

*Motion to Withdraw (Doc. 63).*

Attorney Richard Wells Littlefield filed a motion to withdraw as counsel for Defendant Brown on June 10, 2025. (Doc. 63). Substitute counsel for Defendant Brown entered an appearance six days later. (Doc. 64). Having reviewed the motion, the Court hereby **GRANTS** Attorney Littlefield's motion to withdraw (Doc. 63) and relieves him from any further representation of Defendant Brown in this matter.

*Status and Effect of Wellpath's Bankruptcy Proceedings in this Case*

On January 7, 2025, the Court stayed this case due to a bankruptcy petition filed by Wellpath Holdings, Inc. in the Bankruptcy Court for the Southern District of Texas and the bankruptcy court's order to stay. (Docs. 47, 57). Before Attorney Littlefield moved to withdraw as defense counsel, he filed a status report that explained that the bankruptcy court had confirmed Wellpath's bankruptcy plan and lifted the bankruptcy stay. (Doc. 62). The status report also noted that Plaintiff's claims against Defendant Brown may be subject to release depending on whether Plaintiff elects to opt out of the Third Party release as directed by the bankruptcy court by July 30, 2025. (*Id.*); *see also* (Doc. 62, Exhibit B).

Because the bankruptcy stay is no longer in place, the stay in this case is **LIFTED**. Current defense counsel is **DIRECTED** to inform the Court by <u>**August 22, 2025**</u>, whether Plaintiff filed an election to opt-out of the Third Party Release as directed by the bankruptcy court.

**SO ORDERED**, this 24th day of June, 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge
