# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **OLIVER MONROE, JR.,** | : | |
| Plaintiff, | : | |
| v. | : | Case No: 5:23-cv-00111-TES-CHW |
| Doctor BROWN, | : | Proceedings Under 42 U.S.C. § 1983 |
| | : | Before the U.S. Magistrate Judge |
| Defendant. | : | |

## ORDER

Pending before the Court's is Plaintiff's "third motion to receive documents." (Doc. 66). Before this case was stayed due to Wellpath's bankruptcy (Doc. 57), Defendant had filed a motion for summary judgment, which for several reasons was never received by Plaintiff. *See* (Doc. 44, 48, 50, 51). Plaintiff asks this Court to order Defendant to provide a copy of the motion and supporting records so that he is prepared to answer the motion once the case resumes.[1] (Doc. 66).

The Court recently lifted the stay in this case, but contrary to Plaintiff's belief it is not "inevitable that the motion for summary judgment will eventually be refiled." (*Id.*, ¶ 7). First, Defendant has new counsel (Doc. 64), who may decide to proceed differently in this matter. Second, and most importantly, Plaintiff's claim may be subject to release, and thus, the Court must wait to see if Plaintiff complies with the procedures set out by the

---

1 Plaintiff states that he filed a second motion for these documents on January 31, 2025. (Doc. 66, ¶ 5). The docket reflects no such motion. *See* (Docket).

bankruptcy court by July 30, 2025, before this case may continue. *See, e.g.*, (Doc. 62, p. 2, ¶ 3). The Court has given Defendant until August 22, 2025, to provide an update in this regard. (Doc. 65). Plaintiff may also provide his own update to this Court by this deadline.

Based on the foregoing, Plaintiff's third motion to receive documents (Doc. 66) is premature and is **DENIED**.

**SO ORDERED**, this 3rd day of July, 2025.

s/ Charles H. Weigle<br>
Charles H. Weigle<br>
United States Magistrate Judge