IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MONROE OLIVER, JR., *

Plaintiff, *

v. Case No. 5:23-cv-111-TES-CHW

*

Doctor BROWN, *

Defendant. *

**JUDGMENT**

Pursuant to this Court's Order dated August 6, 2026, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 7th day of August, 2026.

David W. Bunt, Clerk

s/ Kami D. Seward, Deputy Clerk